UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

                Plaintiff,

-against-

LARISSA THOMSON, LLC d/b/a ONDA BEAUTY
and DOES 1–10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2026

25-CV-10013 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      This is an action for copyright infringement. On December 3, 2025, the Court issued an order staying Defendant's deadline to answer the complaint and requiring the parties to meet and confer within thirty (30) days of service of the summons and complaint upon Defendant. Dkt. No. 8. The Court's order further required the parties to file a joint letter within fifteen (15) days of the meet-and-confer. Dkt. No. 8. Plaintiff filed an affidavit of service indicating that Defendant was served on December 10, 2025. Dkt. No. 9. Accordingly, the joint letter was due on January 26, 2025. In lieu of the joint letter, however, Plaintiff filed a letter on January 23, 2026, highlighting that Defendant had not yet answered the complaint and that Plaintiff's counsel had not heard from Defendant or its counsel. Dkt. No. 10. Plaintiff therefore sought leave to seek entry of a default judgment. *Id.* On January 28, 2026, the Court issued an order reminding Plaintiff that the Court had stayed Defendant's deadline to answer the complaint, accordingly "Defendant is not in default and its failure to file an answer that was not yet due cannot form the basis for a default judgment." Dkt. No. 11. The Court's order also required Plaintiff to make efforts to contact Defendant to schedule a meet-and-confer and to file a subsequent letter by February 13, 2026, enumerating "Plaintiff's efforts at establishing a line of communication with Defendant to conduct a meet-and-confer." *Id.*

      Although the February 13, 2026 deadline has now passed, Plaintiff has not filed the Court-ordered letter. The Court will *sua sponte* EXTEND Plaintiff's deadline to file the letter described in the Court's January 28, 2026 Order until **February 24, 2026**. On pain of sanction, Plaintiff is reminded to abide by Court orders and meet Court-ordered deadlines. If the required letter is not filed by February 24, 2026, the Court may dismiss this action for failure to prosecute or repeated failure to abide by Court orders without further notice to any party.

Dated: February 18, 2026
      New York, New York

                                  SO ORDERED.

                                  MARGARET M. GARNETT
                                United States District Judge