USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 3, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

                Plaintiff(s),

-against-

LARISSA THOMSON, LLC, and DOES 1–10,

                Defendants.

25-CV-10013 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On December 3, 2025, the Court stayed Defendant's deadline to answer the complaint and ordered the parties to meet and confer within thirty (30) days of service of the complaint and file a joint letter within forty-five (45) days of service. Dkt. No. 8. That letter was never filed.[1]

On January 28, 2026, the Court issued an order reminding Plaintiff of the requirements of its December 3, 2025 Order, including that it had stayed Defendant's deadline to answer. Dkt. No. 11. The January 28, 2026 Order required Plaintiff to file a letter by February 13, 2026, that enumerated Plaintiff's counsel's efforts at scheduling a meet and confer. *Id.* Once again, no such letter was filed.

On February 18, 2026, the Court noted Plaintiff missed its deadline and *sua sponte* extended Plaintiff's deadline to file the letter until February 24, 2026. Dkt. No. 12. The Court also explained that "the Court may dismiss this action for failure to prosecute or repeated failure to abide by Court orders without further notice to any party." *Id.* Plaintiff filed a letter on February 19, 2026, stating the parties were working to confirm a date to confer over the status of the case. Dkt. No. 13. The Court then ordered the parties to make efforts to promptly schedule a meet-and-confer and to file a joint letter by March 25, 2026. Dkt. No. 14. That deadline passed over a week ago. For the third time in as many months, a Court-ordered letter has not been filed and the Court must expend time and resources chasing counsel to comply with Court orders.

No more.

The parties are ORDERED to file a joint letter by **5:00 p.m.** on **April 7, 2026**, explaining whether the parties have met and conferred as required by *numerous* Court orders. The letter must also include the information described in the Court's order dated December 3, 2025 (Dkt. No. 8). Additionally, Plaintiff's counsel is ORDERED to file an additional letter by **5:00 p.m.** on **April 7, 2026**, showing good cause for his numerous failures to meet Court-ordered deadlines. Sanctions will issue if either letter is missing by the close of business on April 7,

---

[1] Instead, on January 23, 2026, Plaintiff submitted an inapposite letter noting Defendant failed to file an answer and seeking leave to move for entry of default. Dkt. No. 10.

2026, including possible monetary sanctions on counsel as well as dismissal of this action under Rule 41 of the Federal Rules of Civil Procedure.[2]

Dated: April 3, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

---

[2] Even if the parties are unable to coordinate, the burden falls on Plaintiff, as the initiator of this lawsuit, to nevertheless file a letter in lieu of a "joint letter" apprising the Court on the case's status.