**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

August Image, LLC,

                              Plaintiff,

            -against-

Larissa Thomson, LLC, et al.

                          Defendants.

**1:25-cv-10013 (MMG) (SDA)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference scheduled for Friday, May 29, 2026, at 10:00 a.m. is adjourned until Friday, June 5, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference.

**SO ORDERED.**

DATED:   New York, New York
          May 26, 2026

_____
STEWART D. AARON
United States Magistrate Judge